WHEELER, Respondent, *v.* DUNBAR, Appellant.

(*Supreme Court, General Term, Fifth Department.* June, 1892.)

Action by Jennie L. Wheeler against Henry T. Dunbar.

No opinion. Judgment appealed from affirmed.

---

WHITMAN *v.* FOLEY *et al.*

(*Supreme Court, General Term, Fifth Department.* June, 1892.)

Action by Betsey Whitman, as administratrix, etc., against Matthew F. Foley and others.

No opinion. Motion to dismiss appeal denied, without costs to either party. For former reports, see 16 N. Y. Supp. 23; 19 N. Y. Supp. 910.

---

BULLARD, Appellant, *v.* BEARSS *et al.*, Respondents.

(*Supreme Court, General Term, First Department.* February, 1889.)

Action by Sarah Bullard against Theodore Bearss and others. A temporary injunction was dissolved, and plaintiff appeals.

No opinion. Order affirmed, with $10 costs and disbursements, on opinion of KENNEDY, J., delivered at special term. 3 N. Y. Supp. 683.

---

GILMAN *v.* TUCKER.

(*Superior Court of New York City, General Term.* May 1, 1891.)

Action by Cornelia Gilman against Preble Tucker. For former report, see 13 N. Y. Supp. 804.

*George H. Fletcher,* for plaintiff. *Tucker, Hardy & Wainwright,* for defendant.

Argued before SEDGWICK, C. J., and INGRAHAM, J.

PER CURIAM. Order affirmed, with $10 costs.

---

HYMAN *v.* BOSTON CHAIR MANUF'G CO.

(*Superior Court of New York City, General Term.* May 4, 1891.)

Action by Henry Hyman against the Boston Chair Manufacturing Company.

Argued before FREEDMAN and McADAM, JJ.

*Samuel F. Hyman,* for plaintiff. *Benjamin E. Hall,* for defendant.

No opinion. Motion for reargument denied.